**Motion Granted, Memorandum Opinion filed May 22, 2018, Withdrawn, Appeal Reinstated, and Order filed June 19, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00181-CV
_____

## IN THE INTEREST OF W.A.B., III, A CHILD

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2013-04887**

## ORDER

On May 22, 2018, this court issued an opinion dismissing this appeal because appellant failed to pay the appellate filing fee. On May 30, 2018, appellant paid the filing fee and filed a motion to reinstate the appeal. The motion is granted.

This court's opinion filed May 22, 2018, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.